**Order entered May 22, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00413-CV

### IN THE INTEREST OF M.O., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-19769-Z**

## ORDER

Before the Court is appellant's May 20, 2019 motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief due on May 28, 2019.

/s/     ROBERT D. BURNS, III
         CHIEF JUSTICE